# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAN JUNOD,                      : | |
|     Plaintiff,           : | |
|                                   : | |
| v.                               : | Civ. No. 17-953 |
|                                   : | |
| UNITED OF OMAHA LIFE INSURANCE : | |
| COMPANY, et al.,                 : | |
|     Defendants.         : | |

## O R D E R

**AND NOW**, this 15th day of August, 2017, having received notice that the Parties have reached a settlement agreement (Doc. No. 22), it is hereby **ORDERED** that the following Motions are **DENIED as moot**:

1. Defendant Burris Logistics, Inc.'s Motion to Dismiss (Doc. No. 7);

2. Defendant Burris Logistics, Inc.'s Motion to Strike Demand for Jury Trial (Doc. No. 8);

3. Defendant Burris Logistics, Inc.'s Motion to Dismiss Counts VI, VII, VIII, IX, and X of Plaintiff's Amended Complaint (Doc. No. 14); and

4. Defendant United of Omaha Life Insurance Company's Motion to Dismiss for Failure to State a Claim (Doc. No. 15).

It is **FURTHER ORDERED** that, pursuant to Local Rule 41.1(b), this action is **DISMISSED with prejudice**. The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

/s/ Paul S. Diamond
_____
Paul S. Diamond, J.